MARY BOYER, an unmarried woman, for use and benefit of DeLos W. Boyer, a minor, by his next friend, Mary Boyer, an unmarried woman, v. DeLos W. BOYER.

182 So. 222.
Order Entered June 14, 1938.

*Carey & Harrison,* for Plaintiff in Error;

No appearance contra.

PER CURIAM.—We are advised that the defendant in error departed this life on March 26th, 1938.

This is a personal action and, therefore, the legal representatives of the deceased should be substituted.

It is, therefore, ordered that Plaintiff in Error proceed to accomplish proper substitution of party defendant in error.

So ordered.

WHITFIELD, TERRELL, BROWN, BUFORD and CHAPMAN, J. J., concur.